the Philippines, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Guillermo B. Guevara* for petitioners. *Messrs. W. H. Lawrence* and *L. S. Tillotson* for respondents.

No. 932. GORSON *v.* NORTH CAROLINA EX REL. ATTORNEY GENERAL. April 27, 1936. Petition for writ of certiorari to the Supreme Court of North Carolina, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. J. Will Pless* for petitioner. No appearance for respondent.

No. 882. DUKE *v.* COMMITTEE ON GRIEVANCES ET AL. April 27, 1936. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jesse C. Duke, pro se.* No appearance for respondents.

No. 794. NORTON *v.* LYON VAN & STORAGE CO. ET AL. April 27, 1936. Petition for writ of certiorari to the District Court of Appeal, of California, denied. *Mr. M. G. Norton, pro se.* No appearance for respondents.

No. 807. COUNTY OF WESTCHESTER *v.* MONTROSE CONTRACTING CO., INC. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William A. Davidson* and *Francis J. Morgan* for petitioner. *Mr. Frederick W. Newton* for respondent.